17 A.3d 922

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lynn A. PADGETT, Petitioner.**

Supreme Court of Pennsylvania.

April 20, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of April, 2011, the Petition to Stay Proceedings Pending Verification of Subject–Matter Jurisdiction and the Petition for Allowance of Appeal are hereby **DENIED.**